IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

IN RE:

BIRDIA L. EDMON

CASE NO. 09-33172
CHAPTER 7
JUDGE MARY ANN WHIPPLE

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by Litton Loan Servicing, L.P., to serve as its authorized agent to, <u>inter alia</u>, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ Alice Blanco
_____
Alice Blanco, Esq. Georgia Bar No. 062160
1544 Old Alabama Road
Roswell, Georgia 30076-2102
770-643-7200/866-761-0279 Fax

*Authorized Agent for Litton Loan Servicing, L.P.*

File Number LITT-09-28628 /
Request for Service of Notice

09-33172-maw    Doc 7    FILED 05/19/09    ENTERED 05/19/09 14:51:13    Page 1 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

IN RE:

BIRDIA L. EDMON

CASE NO. 09-33172
CHAPTER 7
JUDGE MARY ANN WHIPPLE

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 19th day of May, 2009.

<u>Debtor's Attorney</u>

Richard B. Hardy, III, Esq.
525 Avon Belden Road
Rear Suite
Avon Lake, OH 44012

<u>Chapter 7 Trustee</u>

Ericka Parker
33 S. Michigan
Suite 203
Toledo, OH 43604

    Respectfully submitted,
    McCALLA RAYMER, LLC

    /s/ Alice Blanco
    _____
    Alice Blanco, Esq. Georgia Bar No. 062160
    1544 Old Alabama Road
    Roswell, Georgia 30076-2102
    770-643-7200/866-761-0279 Fax

File Number LITT-09-28628 /
Request for Service of Notice

LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA 30076-2102</u>
TELEPHONE:770-643-2148
TELEFAX:866-761-0279
770-643-2148

May 19, 2009

Clerk, United States Bankruptcy Court
411 U.S. Courthouse
1716 Spielbusch Ave.
Toledo, OH 43624

## REQUEST FOR SERVICE OF NOTICES

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Birdia L. Edmon |
| | Case Number | : | 09-33172 |
| | Chapter | : | 7 |
| | Secured Creditor | : | Litton Loan Servicing, L.P. |
| | Loan Number | : | XXXX1439 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Litton Loan Servicing, L.P.
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

`/s/ Alice Blanco`

Alice Blanco, Esquire

cc: Ericka Parker
    Richard B. Hardy, III, Esq.