**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: July 17 2009

Mary Ann Whipple
United States Bankruptcy Judge

B09-00828        EAB\cac

```
             IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE NORTHERN DISTRICT
                  WESTERN DIVISION - TOLEDO

IN RE:                        )   CHAPTER 7
                              )
BIRDIA L. EDMON               )   CASE NO. 09-33172
                              )
       Debtor                 )   JUDGE MARY ANN WHIPPLE
                              )
                              )   ORDER FOR RELIEF FROM STAY
                              )   AND ABANDONMENT
                              )
                              )   PROPERTY ADDRESS:
                              )   ** 1305 Cleveland Road
                              )       Sandusky, Ohio 44870
```

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AT OF OCTOBER 1, 2006, GSAMP TRUST 2006-HE7, its successors and assigns ("Movant") **with respect to the collateral described on Exhibit "A" a copy of which is attached hereto.**

Movant has alleged that good cause exists for granting the Motion and that Debtor(s), counsel for Debtor(s), the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED:

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns, **and the collateral.**

2. The Trustee is authorized and directed to abandon such Collateral.

SUBMITTED BY:

/s/ Edward A. Bailey
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
BY: Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
ebailey@reimerlaw.com

# EXHIBIT A

<span style="float:right">**LEGAL DESCRIPTION**</span>

Situated in the City of Sandusky, County of Erie and State of Ohio:

Being the whole of lot number eight (8) on Cleveland Avenue, in the Sandusky Land and Building Company's Allotment as per plat recorded in Volume 7 of Plats, Page 18, Erie County, Ohio records, be the same more or less, but subject to all legal highways.

Parcel No: 57-05375.000

J:\Erie County\Edmon from Yontz.doc
K06-14699

**LIST OF PARTIES TO BE SERVED:**

Served electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

1. Office of the U.S. Trustee

2. Ericka Parker, Trustee
   eparker@sbcglobal.net

3. Richard B. Hardy, III
   hardylaw@bex.net
   Attorney for Debtor

4. Edward A. Bailey, Esq.
   bknotice@reimerlaw.com
   Attorney for Movant

Served by mailing the same by ordinary U.S. mail, postage prepaid, to the persons listed below:

5. Birdia L. Edmon, Debtor
   P.O. Box 1394
   Sandusky, Ohio 44870

6. Erie County Treasurer
   247 Columbus Avenue
   Room 115
   Sandusky, Ohio 44870
   Party In Interest

7. GMAC Mortgage
   P.O. Box 4622
   Waterloo, IA 50704-4622
   Party In Interest